0AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA
V.

Daniel Tan
24 Butte Place N.W.
Calgary Alberta T2L-1P2

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: 3:06-cr-055-JDR

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. Beginning on or about December 23, 2005, until on or about, February 3, 2006, in (Date) the District of Alaska defendant(s) did,

*(Track Statutory Language of Offense)*

Knowingly distribute visual depictions that have been transported in interstate or foreign commerce by computer and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are of such conduct.

in violation of Title 18 United States Code, Section(s) 2252(a)(2) .

I further state that I am a(n) Detective with the Anchorage Police Department (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT OF DETECTIVE KEVIN VANDEGRIFF OF THE ANCHORAGE POLICE DEPARTMENT

Continued on the attached sheet and made a part of this complaint: x Yes No

/s/ Kevin Vandegriff
Signature of Complainant

DETECTIVE KEVIN VANDEGRIFF
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 17, 2006
Date

at

Anchorage, Alaska
City and State

John D. Roberts, Magistrate Judge
Name and Title of Judge

/s/ John D. Roberts (SEAL AFFIXED)
Signature of Judge