MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs DANIEL TAN                CASE NO.  3:06-mj-00055-JDR
Defendant: X Present    X In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      ROBIN M. CARTER

UNITED STATES ATTORNEY:     AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:       SUE ELLEN TATTER - APPOINTED

U.S.P.O.:                   PAULA MCCORMICK

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD 3/17/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:31 p.m. court convened.

X Copy of complaint given to defendant: read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: same as above      Age:  32

X Financial Affidavit **FILED**.
  X Federal Public Defender accepted appointment; FPD notified.

X Preliminary Hearing set for **March 24, 2006 at 9:30 a.m.**

X Detention uncontested.  Order of Detention Pending Trial **FILED**.

At 3:46 p.m. court adjourned.

DATE: March 17, 2006      DEPUTY CLERK'S INITIALS:     Rc